FILED

03/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0643

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0643

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DANIEL TODD COLLINS,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 1, 2020, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 25 2020